**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF LOUISIANA**
**SHREVEPORT DIVISION**

GERMANY GERMAINE THOMAS #459796 — CIVIL ACTION NO. 25-0579 SEC P

VERSUS — JUDGE S. MAURICE HICKS, JR.

CHASE HIGGINBOTHAM, ET AL. — MAGISTRATE JUDGE HORNSBY

## ORDER

For the reasons assigned in the Report and Recommendation of the Magistrate Judge previously filed herein, and having thoroughly reviewed the record, including the written objections (Record Document 27) filed, and concurring with the findings of the Magistrate Judge under the applicable law;

**IT IS ORDERED** that Defendants' Motion for Judgment on the Pleadings or, alternatively, for Summary Judgment (Rec. Doc. 17) is **DENIED**.

**THUS DONE AND SIGNED,** in Shreveport, Louisiana, this the 4th day of August, 2026.

S. MAURICE HICKS, JR.
UNITED STATES DISTRICT JUDGE